UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN THE MATTER OF THE ARBITRATION :
BETWEEN JOSEPH YERUSHALMI and THE LAW :
OFFICE OF JOSEPH YERUSHALMI, P.C., :
                                                                                        **Petitioners,** :        12-CV-9301 (ALC)
                                                                                       :        **ORDER**
    -against-                                            :

BARUCH IVCHER, WAXFIELD LIIMITED, :
RUTLAND ENTERPRISES A.V.V AND :
PRODUCTOS PARAISO DEL PERU S.A., :
                                      **Respondents.** :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will conduct a telephone status conference in this action on Wednesday, October 28, 2015 at 12:45 p.m. Petitioners should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at (212) 805-0141 on the date and time specified above.

**SO ORDERED.**

Dated:    New York, New York
             October 27, 2015

                                                           */s/ Andrew L. Carter, Jr.*
                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**